```
                                                            FILED
                                                         JUN 2 2 2006
1  BARRY J. PORTMAN
   Federal Public Defender                              RICHARD W. WIEKING
2  JOYCE LEAVITT                                     CLERK, U.S. DISTRICT COURT
   Assistant Federal Public Defender              NORTHERN DISTRICT OF CALIFORNIA
3  555 12th Street, Suite 650                                OAKLAND
   Oakland, CA 94607-3627
4
   Counsel for Defendant KNOTT
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00346 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| RICK KNOTT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for defendant Rick Knott may be modified to allow Mr. Knott to travel to South Lake Tahoe leaving Thursday, June 22, 2006, and returning on Sunday, June 25, 2006, so long as he provides contact information and itinerary to United States Pretrial Services Officer Betty Kim prior to his departure.

IT IS FURTHER STIPULATED that the conditions of release may be modified to allow Mr. Knott to attend classes so that he can work towards obtaining his General Equivalency Diploma and then take college classes. All other conditions of release previously imposed on Mr. Knott

TRAVEL ORDER                                  - 1 -

1 shall remain the same.

2    United States Pretrial Services Officer Betty Kim is aware of the proposed changes to his
3
  conditions of release and has no objections to them.
4
5                                            /S/

6 DATED:   June 21, 2006         _____
                                  JOYCE LEAVITT
7                                 Assistant Federal Public Defender

8                                            /S/
9 DATED:   June 21, 2006         _____
                                  GEORGE BEVAN, JR.
10                                Assistant United States Attorney

11

12                              SIGNATURE ATTESTATION

13    I hereby attest that I have on file all holograph signatures indicated by a "conformed"
14 signature ("/S/") within this efiled document.

TRAVEL ORDER                                   - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for may be modified to allow Mr. Knott to travel to South Lake Tahoe leaving Thursday, June 22, 2006, and returning on Sunday, June 25, 2006, so long as he provides contact information and itinerary to United States Pretrial Services Officer Betty Kim prior to his departure.

IT IS FURTHER ORDERED that the conditions of release may be modified to allow Mr. Knott to attend classes so that he can work towards obtaining his General Equivalency Diploma and then take college classes. All other conditions of release previously imposed on Mr. Knott shall remain the same.

SO ORDERED.

DATED: June 22, 2006

_____
D. LOWELL JENSEN
United States District Judge