KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689

Attorneys for the United States of America

FILED

NOV 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK KNOTT,<br><br>    Defendant. | No. CR-06-00346-DLJ<br><br>STIPULATION AND ORDER RESCHEDULING DATE FOR SENTENCING |

The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to reschedule the date of sentencing in this case from **December 8, 2006** to **January 5, 2007, at 10:00 a.m.** This continuance will enable the parties to coordinate with the Probation Office so that Probation can complete its presentence investigation and report.

Dated: 11/28/06

_____
GEORGE L. BEVAN JR.
United States Attorney

Dated: 11/20/06

JOYCE LEAVITT, ESQ.
Attorney for Defendant Rick Knott

IT IS SO ORDERED.

Dated: 11-28-06

D. LOWELL JENSEN
United States District Judge

STIPULATION TO RESCHEDULE
DATE OF SENTENCING                                    2