```
                                              FILED
                                              JAN 0 3 2007
1  BARRY J. PORTMAN                           RICHARD W. WIEKING
   Federal Public Defender                    CLERK, U.S. DISTRICT COURT
2  JOYCE LEAVITT                              NORTHERN DISTRICT OF CALIFORNIA
   Assistant Federal Public Defender                     OAKLAND
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant KNOTT
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) No. CR 06-00346 DLJ |
| v. | ) STIPULATION AND [~~PROPOSED~~] |
| RICK KNOTT, | ) ORDER CONTINUING SENTENCING DATE |
|   Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, January 5, 2007, at 10:00 a.m., may be continued to Friday, **March 16, 2007**, at 10:00 a.m. The reason for the requested continuance is that the final pre-sentence report has not been disclosed yet and the United States Probation Officer has indicated that it may not be disclosed until after December 29, 2006. Given the court holidays, this means that defense counsel may not be able to view the final presentence report until the week of sentencing although the sentencing memorandum is due by December 29, 2006. In addition, defense counsel will be out of the country and unavailable from January 6, 2007, through January 16, 2007. Counsel

ORDER CONT. SENTENCING DATE               - 1 -

would like time to review the final pre-sentence report and discuss it with Mr. Knott prior to filing a sentencing memorandum, as well time to respond to any sentencing memorandum filed by the government.

Counsel has spoken to United States Probation Officer Karen Mar. USPO Mar does not object to the requested continuance because it will provide her with additional time to complete the final pre-sentence report. USPO Mar has no objection to continuing the matter to **March 16, 2007**, at 10:00 a.m.

DATED:     December 27, 2006

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED:     December 27, 2006

/S/
_____
GEORGE BEVAN, JR.
Assistant United States Attorney

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, January 5, 2007, at 10:00 a.m., **is hereby continued to Friday, March 16, 2007, at 10:00 a.m.**

SO ORDERED.

DATED: Jan 3, 2007

_____
D. LOWELL JENSEN
United States District Judge