BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant KNOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICK KNOTT,<br><br>　　　　　　Defendant. | No. CR 06-00346 DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING DATE |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, March 16, 2007, at 10:00 a.m., may be continued to Friday, April 20, 2007, at 10:00 a.m. The reason for the requested continuance is that the final pre-sentence report was not disclosed until one week before the scheduled sentencing date and defense counsel was out of the state and did not return until three days prior to sentencing. There may be contested sentencing issues and defense counsel needs time to file a sentencing memorandum to address all of the issues. In addition, government counsel will be in trial starting March 19, 2007.

　　　Counsel has spoken to United States Probation Officer Karen Mar who does not object to the

ORDER CONT. SENTENCING DATE　　　　　　- 1 -

requested continuance.

DATED:     March 16, 2007     _____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED:     March 16, 2007     _____
GEORGE BEVAN, JR.    /S/
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, March 16, 2007 at 10:00 a.m., is hereby continued to Friday, April 20, 2007, at 10:00 a.m.

SO ORDERED.

DATED:  3/20/07     _____
D. LOWELL JENSEN
United States District Judge