BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KNOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00346 -05-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER EXONERATING BOND |
| RICK KNOTT, | ) | |
| Defendants | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond in the above-captioned matter relating to defendant Rick Knott is hereby exonerated. This order is based upon the fact that on April 20, 2007 Mr. Knott was sentenced by Judge Jensen to a sentence of three years probation and home confinement for six months.

SO ORDERED.

DATED: April 25, 2007

_____
D. Lowell Jensen
United States District Judge

ORDER EXONERATING BOND